## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 2:15-cr-00416 |
| | : | |
| RAYMOND JUSTIS | : | |
| | : | |

### ORDER

AND NOW, this 21ˢᵗ day of April, 2026, upon consideration of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Dkt. 71), and the Government's responses thereto (Dkts. 98 & 99), it is hereby **ORDERED** that the Motion is **DENIED** and a certificate of appealability shall not issue.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.